UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **JOE M. LOPEZ,** | ) |
| Plaintiff, | ) No. CV13-7287 AJW |
| v. | ) |
| **CITY OF SANTA MARIA, et al.,** | ) JUDGMENT |
| Defendants. | ) |

It is hereby adjudged that defendants' motion for summary judgment is granted, that plaintiff recover nothing, and that defendants are entitled to their costs.

Dated: January 26, 2016

_____
ANDREW J. WISTRICH
United States Magistrate Judge